```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FUJIFILM NORTH AMERICA
CORPORATION,

                Plaintiff,                    MEMORANDUM AND ORDER

        - against -                            17 Civ. 8796 (NRB)

PLR IP HOLDINGS, LLC and PLR BRAND
SERVICES, LLC,

                Defendants.
----------------------------------------X
PLR IP HOLDINGS, LLC, PLR BRAND
SERVICES, LLC, IMPOSSIBLE B.V., and
IMPOSSIBLE AMERICA CORP., d/b/a
POLAROID ORIGINALS,

                Counterclaim Plaintiffs,

        - against -

FUJIFILM NORTH AMERICA
CORPORATION AND FUJIFILM
CORPORATION,

                Counterclaim Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

This Memorandum and Order responds to the parties' letters of March 11, 2020 addressing Polaroid's request for a 90-day stay of all discovery because of the rapidly changing situation concerning COVID-19. Fujifilm has opposed the request. Having considered the parties' letters and the news events even since the letters were filed, the Court orders a 45-day stay of all discovery during which the Court expects the parties to fully cooperate with each

1

other to maximize progress in this case consistent with objective issues related to COVID-19. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 89.

**SO ORDERED.**

Dated:   New York, New York
         March 12, 2020

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE