UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
FUJIFILM NORTH AMERICA
CORPORATION,

           Plaintiff,

      - against –

PLR IP HOLDINGS, LLC and PLR
BRAND SERVICES, LLC,

          Defendants.

------------------------------X
PLR IP HOLDINGS, LLC, PLR BRAND
SERVICES, LLC, POLAROID FILM
B.V., and POLAROID AMERICA
CORP. d/b/a POLAROID ORIGINALS,

     Counterclaim Plaintiffs,

      - against –

FUJIFILM NORTH AMERICA
CORPORATION and FUJIFILM
CORPORATION,

     Counterclaim Defendants.

------------------------------X

**ORDER**

17 Civ. 8796 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS**, on December 13, 2024, Fujifilm filed a letter motion seeking to file certain documents under seal in connection with its Renewed Motion for Summary Judgment, ECF No. 204; and

    **WHEREAS**, on January 17, 2025, Polaroid filed a letter motion seeking to file certain documents under seal in connection with

its Opposition to Fujifilm's Motion for Summary Judgment, ECF No. 223; it is hereby

**ORDERED** that both motions to seal are granted, subject to reconsideration should it eventuate that maintaining the parties' desired confidentiality is inconsistent with the Court's ability to fully address the issues, mindful of the public's right to know; and it is further

**ORDERED** that the Clerk of Court terminate the motions pending at ECF Nos. 204 and 223.


Dated:    New York, New York
          January 23, 2025



_____
    NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE