```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
FUJIFILM NORTH AMERICA CORPORATION,

            Plaintiff,                        ORDER

        - against -                        17 Civ. 8796 (NRB)

PLR IP HOLDINGS, LLC and PLR BRAND
SERVICES, LLC,

            Defendants.
----------------------------------X
PLR IP HOLDINGS, LLC, PLR BRAND
SERVICES, LLC, POLAROID FILM B.V.,
and POLAROID AMERICA CORP. d/b/a
POLAROID ORIGINALS,

        Counterclaim Plaintiffs,

        - against -

FUJIFILM NORTH AMERICA CORPORATION
and FUJIFILM CORPORATION,

        Counterclaim Defendants.
----------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on February 7, 2025, Polaroid filed a letter motion seeking to file its Annotated Rule 56.1 Statement of Additional Material Facts under seal and with redactions, ECF No. 251; and

**WHEREAS**, on February 12, 2025, Fujifilm filed a letter motion seeking to file under seal and in redacted form portions of its Reply Brief and Response to Polaroid's Rule 56.1 Statement, ECF No. 254; it is hereby

**ORDERED** that both motions to seal are granted, subject to reconsideration should it eventuate that maintaining the parties' desired confidentiality is inconsistent with the Court's ability to fully address the issues, mindful of the public's right to know; and it is further

**ORDERED** that the Clerk of Court terminate the motions pending at ECF Nos. 251 and 254.

Dated:   New York, New York
         March 6, 2025

```
                              _____
                                  NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE
```