```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
FUJIFILM NORTH AMERICA CORPORATION,

                Plaintiff,

        - against –

PLR IP HOLDINGS, LLC and PLR BRAND
SERVICES, LLC,

                Defendants.
--------------------------------------------------X
PLR IP HOLDINGS, LLC, PLR BRAND
SERVICES, LLC, POLAROID FILM B.V.,
and POLAROID AMERICA CORP. d/b/a
POLAROID ORIGINALS,

        Counterclaim Plaintiffs,

        - against –

FUJIFILM NORTH AMERICA CORPORATION
and FUJIFILM CORPORATION,

        Counterclaim Defendants.
--------------------------------------------------X
```

ORDER

17 Civ. 8796 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on November 19, 2025, Polaroid filed a letter motion seeking to file under seal two exhibits to the Declaration of Erica C. Chanin, ECF No. 280; and

**WHEREAS** on November 21, 2025, Fujifilm filed a letter motion seeking to file under seal and in redacted form portions of its memorandum of law in support of its <u>Daubert</u> motion and five exhibits to the accompanying Declaration of James J. DeCarlo, ECF No. 293;

**WHEREAS** on December 10, 2025, Polaroid filed a letter motion seeking to file under seal and in redacted form its memorandum of law in opposition to Fujifilm's <u>Daubert</u> motion, ECF No. 296;

**WHEREAS** on December 22, 2025, Fujifilm filed a letter motion seeking to file under seal and in redacted form its reply brief in support of its <u>Daubert</u> motion, ECF No. 307; it is hereby

**ORDERED** that the motions to seal are granted, subject to reconsideration should it eventuate that maintaining the parties' desired confidentiality is inconsistent with the Court's ability to fully address the issues, mindful of the public's right to know; and it is further

**ORDERED** that the Clerk of Court terminate the motions pending at ECF Nos. 280, 293, 296, and 307.

Dated:    New York, New York
          June 23, 2026

_____
     NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE